IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**REMUS LAMAR MUNCH, II,**

    **Plaintiff,**

vs.                                          Case No. 4:13cv331-RH/CAS

**TALLAHASSEE POLICE DEPARTMENT,**
**and OFFICER ALWINE,**

    **Defendants.**

                                          /

## REPORT AND RECOMMENDATION

This cause is before the Court upon referral from the Clerk. In an Order entered June 11, 2013, Plaintiff was granted in forma pauperis status and directed to file an amended complaint by July 12, 2013. Doc. 4. On June 17, 2013, Plaintiff filed a Notice of Address Change, doc. 5. Although the Court did not receive a mail return on the Order mailed to Plaintiff, doc. 4, another Order was entered in an abundance of caution in case Plaintiff had not received the prior Order. Doc. 6. That Order again directed Plaintiff to submit an amended complaint, giving him until August 16, 2013, to do so. *Id.* As of this date, Plaintiff has not filed the amended complaint as Ordered. Plaintiff was specifically advised that failure to comply with the Order might result in entry of a recommendation to dismiss this case. *Id.*

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link v. Wabash R.R., 370 U.S. 626, 82 S. Ct. 1386, 8 L. Ed. 2d 734 (1962); Chambers v. NASCO, Inc., 501 U.S. 32, 44, 111 S. Ct. 2123, 2132, 115 L. Ed. 2d 27 (1991). Plaintiff has not demonstrated a desire to prosecute this case and despite a warning that the case may be dismissed for failure to comply with the prior Order, Plaintiff has not submitted an amended complaint. This case should now be dismissed.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for Plaintiff's failure to prosecute.

**IN CHAMBERS** at Tallahassee, Florida, on September 5, 2013.

S/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**